AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00424 |
| ZACHARY JONATHAN BELL | ) Assigned To : Reyes, Ana C. |
| | ) Assign. Date : 12/5/2023 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ZACHARY JONATHAN BELL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl, and 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue; 21 USC § 841(a)(1) and § 841(b)(1)(B)(vi) - Unlawful Distribution of 10 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue;
FORFEITURE:  21 USC § 853(a) and (p)

Date:     12/05/2023                                     2023.12.05 15:08:03 -05'00'
                                                                        *Issuing officer's signature*

City and state:     WASHINGTON, D.C.              G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/6/23, and the person was arrested on *(date)* 12/18/23
at *(city and state)* Washington DC.

Date: 12/18/23

Arresting officer's signature

Carly Applebaum, FBI SA
*Printed name and title*